**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6369**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

KELVIN BERNARD TYLER, a/k/a Punkin, a/k/a Punk,

              Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Margaret B. Seymour, Chief District Judge. (5:04-cr-00964-MBS-1)

Submitted: June 21, 2012          Decided: June 26, 2012

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelvin Bernard Tyler, Appellant Pro Se. Stacey Denise Haynes, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Bernard Tyler appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction in sentence. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Tyler, No. 5:04-cr-00964-MBS-1 (D.S.C. Feb. 16, 2012). We deny Tyler's motion for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED